IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

LARRY SQUIRES,

    Plaintiff,

v.                                      CASE NO. 1:02-cv-00082-MP-AK

CATHERINE A DARLING, et al,

    Defendants.

_____/

**O R D E R**

This matter is before the Court on Doc. 177, Report and Recommendations of the Magistrate Judge, recommending that Doc. 145, Motion to Substitute the United States as Party Defendant for Catherine Darling as to Count Two of the Fifth Amended Complaint be granted. Objections to Report and Recommendation were due by September 27, 2005, but none have been filed. The Court has carefully considered the motion, the responses and the Report and Recommendation and agrees with the Magistrate Judge that Dr. Darling's reports concerning the alleged conduct of plaintiff occurred during the scope of her federal employment. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

2. The motion to substitute, doc. 145, is granted, and the United States is substituted as the party defendant in Count II.

**DONE AND ORDERED** this *1st* day of November, 2005



*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge